# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HAYWOOD, | Case No. ED CV 12-0025 VAP (JCG) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| DOUGLAS N. GERICKE, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Nothing in the Objections refutes the Magistrate Judge's finding that Plaintiff failed, on *multiple* occasions, to file a First Amended Complaint as directed by the Court. Nor does Plaintiff ever attempt to remedy this deficiency, even though he has been given ample opportunity to do so. The Court also finds Plaintiff's argument that the Magistrate Judge engaged in "a pattern of racketeering and the corruptly [*sic*] obstruction of the judicial legal process" unpersuasive. (Obj. at 7.)

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.

2. Judgment be entered dismissing this action without prejudice.

3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: November 29, 2012  _____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE