# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. HAYWOOD, | ) | Case No. ED CV 12-0025 VAP (JCG) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DOUGLAS N. GERICKE, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _November 29, 2012_____     _____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE